### Santiago, Demandante y Apelante, v. Fernández, Demandado y Apelado.

### Corte de Distrito de Guayama.

No. 3117.—*Visto:* Febrero 5, 1924. *Resuelto:* Junio 3, 1924.

El arrendador reclamó en este caso del arrendatario demandado por vía de daños y perjuicios, el importe de edificaciones pertenecientes a la finca arrendada, las cuales tomó para su uso el demandado. Siendo la cuestión decisiva envuelta la apreciación de la prueba, se confirmó la sentencia.

El Juez Presidente Sr. del Toro, emitió la opinión del tribunal.

---

### El Pueblo, Demandante y Apelado, v. Vargas Pigén, Acusado y Apelante.

### Corte de Distrito de Humacao.

No. 2261.—*Visto:* Mayo 23, 1924. *Resuelto:* Junio 11, 1924.

En este caso el acusado en persona firmó un escrito en el cual, sin especificar errores, intentaba analizar la prueba, pero no se elevó exposición del caso ni transcripción de evidencia. Siendo la acusación suficiente y las instrucciones correctas, se confirmó la sentencia.

El Juez Asociado Sr. Franco Soto, emitió la opinión del tribunal.